UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ESPOSITO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 2:13-cv-2402-KJN<br><br><br>ORDER |

On April 14, 2014, the parties filed a stipulation of dismissal of the entire action. (ECF No. 29.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal signed by all parties who have appeared effectively dismisses the action without a court order.

Nevertheless, for purposes of clarity, IT IS HEREBY ORDERED that:

1. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice, with each party to bear its own costs and fees.

2. The Clerk of Court shall vacate all dates and close this case.

IT IS SO ORDERED.

Dated: April 21, 2014

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1